IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY PERRY,

        Petitioner,

  v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

                             /

No. CIV S-03-2391-MCE-CMK

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

    Petitioner, a state prisoner proceeding pro se and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On September 6, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within 15 days.

///

1

1 Petitioner has not filed objections to the findings and
2 recommendations.
3    The court has reviewed the file and finds the findings and
4 recommendations to be supported by the record and by the
5 magistrate judge's analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The findings and recommendations filed September 6,
8 2005, are adopted in full;
9    2.   Petitioner's petition for a writ of habeas corpus is
10        denied; and
11   3.   The Clerk of the Court is directed to enter judgment
12        and close this file.
13 DATE: October 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2